United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED KNOX,<br><br>        Plaintiff,<br><br>    v.<br><br>PATRICK R. DONAHOE, et al.,<br><br>        Defendants.<br>_____/ | No. C-11-02596 DMR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    The Case Management Conference previously scheduled for December 21, 2011 has been CONTINUED to **January 18, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The joint Case Management Statement is due no later than **January 11, 2012.** All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly. *See* Docket No. 2.

    Immediately upon receipt of this Order, Plaintiff shall serve Defendant with a copy of this Order and file a proof of service with the Court.

    IT IS SO ORDERED.

Dated: December 14, 2011

_____
DONNA M. RYU
United States Magistrate Judge